AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JEROME CURTIS
        Plaintiff
v.     **Civil Action No.** 1:18-CV-259-WCL

THE JEROME CURTIS ESTATE
and all Persons Similarly Situated
        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of _____
_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

_X_ Other:   This case is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge William C. Lee.

DATE:  October 16, 2018         ROBERT N. TRGOVICH, CLERK OF COURT

          by     s/L. Steinke
             *Signature of Clerk or Deputy Clerk*